# United States District Court
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HARD 2 FIND ACCESSORIES, INC.,

    Plaintiff,

v.

AMAZON.COM, INC., a Delaware corporation; and APPLE, INC., a California corporation,

    Defendants.

**JUDGMENT IN A CIVIL CASE**

Case No.   C14-950RSM

___    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_    **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT:

    Defendant's Motion to Dismiss (Dkt. #26) is GRANTED. All claims against Defendant Apple, Inc. are DISMISSED with prejudice. As the Court previously granted dismissal of Defendant Amazon.com, Inc. (Dkt. # 32), this case is now CLOSED.

Dated this 17 day of November 2014.

WILLIAM M. MCCOOL
Clerk

/s/ Rhonda Stiles
Deputy Clerk