UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 14 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| HARD 2 FIND ACCESSORIES, INC., <br><br> Plaintiff - Appellant, <br><br> v. <br><br> AMAZON.COM, INC., a Delaware Corporation and APPLE INC., a California Corporation, <br><br> Defendants - Appellees. | No. 14-36059 <br><br> D.C. No. 2:14-cv-00950-RSM <br> U.S. District Court for Western Washington, Seattle <br><br> **MANDATE** |

The judgment of this Court, entered May 23, 2017, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Jessica F. Flores Poblano
Deputy Clerk
Ninth Circuit Rule 27-7